UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-CIV-21217-DAMIAN/D'ANGELO

CARLOS FRIAS,

    Plaintiff,

v.

SOUTH FLORIDA PUBLIC
MEDIA COMPANY,
A FLORIDA CORPORATION,

    Defendant.
_____/

**<u>Joint Notice of Settlement</u>**

    Plaintiff, Carlos Frias, and Defendant, South Florida Public Media Company, hereby give notice of the parties' agreement to resolve this matter.  The dismissal paperwork will be filed separately.

[THIS SPACE LEFT INTENTIONLLY BLANK]

Respectfully Submitted,

| | |
|---|---|
| */s/Rani Nair Bolen* <br> WILLIAM R. AMLONG <br> Florida Bar Number: 470228 <br> WRAmlong@TheAmlongFirm.com <br> KAREN COOLMAN AMLONG <br> Florida Bar Number: 275565 <br> KAmlong@TheAmlongFirm.com <br> RANI NAIR BOLEN <br> Florida Bar Number: 29293 <br> RBolen@TheAmlongFirm.com <br> LUIS INCLAN <br> Florida Bar Number: 1051210 <br> LInclan@TheAmlongFirm.com <br> THE AMLONG FIRM <br> 500 N.E Fourth St., Suite 101 <br> Fort Lauderdale, Florida 33301 <br> (954) 462-1983 <br> ***Attorneys for the Plaintiff*** | */s/Justin S. Maya* <br> JUSTIN S. MAYA <br> Florida Bar Number: 126087 <br> Justin.maya@csklegal.com <br> ANDRES J. MARTINEZ <br> Florida Bar Number: 1049428 <br> Andres.martinez@csklegal.com <br> COLE, SCOTT & KISSANE <br> 9150 South Dadeland Blvd. <br> Suite 1400 <br> P.O. Box 569015 <br> Miami, FL 33256 <br> Tel: (786) 268-6752 <br> ***Attorneys for the Defendant*** |

## Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served CM/ECF this day on all counsel or parties of record.

/s/ *Rani Nair Bolen*
RANI NAIR BOLEN