UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:24-cv-21217-MD

CARLOS FRIAS,

    Plaintiff,

v.

SOUTH FLORIDA PUBLIC MEDIA COMPANY,

    Defendant.

_____/

**JOINT STIPULATION OF DISMISSAL AS TO
SOUTH FLORIDA PUBLIC MEDIA COMPANY WITH PREJUDICE**

Plaintiff, Carlos Frias ("Frias") and Defendant South Florida Public Media Company jointly stipulate that Defendant South Florida Public Media Company ("SFPMC") is dismissed from the above-captioned lawsuit or all claims that could have been raised in the lawsuit with prejudice. Frias and SFPMC shall bear their own attorney's fees and costs with respect to the above-captioned lawsuit.

*Respectfully submitted,*

| | |
|---|---|
| COLE, SCOTT & KISSANE, P.A.<br>Counsel for Defendant, *SOUTH FLORIDA PUBLIC MEDIA COMPANY*<br>Cole, Scott & Kissane Building<br>9150 South Dadeland Boulevard, Suite 1400<br>Miami, Florida 33256<br>Telephone: (786) 300-3953<br>Email: justin.maya@csklegal.com<br>Email: andres.martinez@csklegal.com<br>By: /s/ Andres. J. Martinez<br>Justin S. Maya, Esq., FBN: 126087<br>Andres J. Martinez, Esq., FBN: 1049428 | THE AMLONG FIRM<br>Counsel for Plaintiff, *Carlos Frias*<br>500 Northeast Fourth Street<br>Ft. Lauderdale, Florida 33301<br>Office: (786) 269-3554<br>Email: rbolen@themalongfirm.com<br>By: /s/ Rani Nair Bolen<br>Rani Nair Bolen, Esq., FBN: 0029293 |

CASE NO.: 1:24-cv-21217-MD

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of Feburary, 2025, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

By: /s/ <i>Andres J. Martinez</i>